**DISMISS and Opinion Filed July 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00846-CV**

**ROBERT MCCORMICK, Appellant**
**V.**
**EGAN NELSON LLP, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04179**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Nowell

Before the Court is the parties' joint motion to dismiss the appeal and cross-appeal. The parties inform the Court that they have settled their differences. We grant the motion and dismiss the appeal and cross-appeal. *See* TEX. R. APP. P. 42.1(a).

/Erin A. Nowell//
ERIN A. NOWELL
200846f.p05                                    JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ROBERT MCCORMICK, Appellant

No. 05-20-00846-CV          V.

EGAN NELSON LLP, Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-18-04179. Opinion delivered by Justice Nowell. Justices Osborne and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal and cross-appeal are **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 2nd day of July, 2021.